IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN T. MOORE,

                       Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                       Defendant.

ORDER

19-cv-110-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Pursuant to the Social Security Act, plaintiff Brian T. Moore, has filed an unopposed motion for an award of attorney fees in the amount of $6,714.75. The request for fees is reasonable under 42 U.S.C. § 406(b), so the motion is GRANTED.

    Accordingly, IT IS ORDERED that defendant Kilolo Kijakazi, Acting Commissioner of Social Security, is to make payment to Frederick J. Daley, Jr., of $6,714.75, in accordance with the agreement signed by plaintiff and thereafter Frederick J. Daley, Jr., is to refund to plaintiff Moore the sum of $1,078.00, which represents the Equal Access to Justice Act

1

...

award previously paid to Daley that is now to be credited to plaintiff.

    Entered this 10th day of September, 2021.

                                          BY THE COURT:

                                          /s/

                                        _____
                                        BARBARA B. CRABB
                                        District Judge